DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IRA EX REL. OPPENHEIMER v. BRENNER COMPANIES, INC.

No. 321P92

Case below: 107 N.C.App. 16

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

JOHNSON v. SIMS

No. 266P92

Case below: 106 N.C.App. 493

Petition by defendant (Allstate Insurance Co.) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

LUSK v. CRAWFORD PAINT CO.

No. 227PA92

Case below: 106 N.C.App. 292

Petition by defendants (Ruscon Corp., George W. Kane, Inc., Carolina Steel Corp., Crawford Paint Co.) for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1992.

MITCHELL v. GOLDEN

No. 380A92

Case below: 107 N.C.App. 413

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed as to 2nd issue only, otherwise denied 18 November 1992.

MOORE v. WYKLE

No. 331P92

Case below: 107 N.C.App. 120

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.